*James C___*

*7 Piliwale Rd*

*Kula, HI 96790*

*808-878-3180*

*placeinc@maui.net*

*C___ DKE*

ORIGINAL

# IN THE FEDERAL DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2010

___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

COMPLAINT ▓▓▓▓▓▓▓▓

James D. Kimmel et. al.,
Plaintiffs,                          *TRIAL BY JURY DEMANDED*
vs.
President Barack Hussein Obama       **C V 1 0   0 0 0 2 4  DAE  LEK**
President George Walker Bush,
President William Jefferson Clinton,
President George Herbert Walker Bush,
President Ronald Wilson Reagan,(deceased)
President James Earl Carter,
President Gerald Rudolph Ford, (deceased)
President Richard M. Nixon, (deceased)
                    Defendants.

## COMPLAINT ▓▓▓▓▓▓▓▓

Comes now the Plaintiff, James David Kimmel, individually and as a son of God, living at 7 Piliwale Road, Kula, HI 96790, on behalf of the Prince of Peace and Sovereign Creator of our Universe, his family and the families of all of the people of Hawaii and the world, invoking the first of all the defined Rights of the People, i. e., the Right of the People to alter or to abolish any Form of Government that becomes destructive of their Rights of Life, Liberty and the pursuit of Happiness, as a function of Divine Providence, a matter of utmost group necessity, presenting this Complaint pursuant to both inalienable and emergency Rights of Life and Powers of Choice secured

by Amendments Nine and Ten of the Constitution of the United States, as such relates to extraordinary matters of National and Global Security which presently threatens the existence of all people in all nations, as an inevitable consequence of a long train of abuses and usurpations which evinces a design to reduce the People of America and the world under the tyranny of a New World Order of absolute Despotism.

.

## DESCRIPTION OF THE ACTION

1. This action is brought by the Plaintiff against those named herein as Defendants as a matter of knowledge, trust, responsibility and Duty in relation to specific facts and truths which prove that those complained against herein are, or have been, participants in an ongoing criminal enterprise of Treason, Rebellion and Conspiracy against the Rights of People as part of an overall plan designed to effect the overthrow the government of the People of the United States as a natural and inevitable consequence of perpetrating a long train of abuses and usurpations that abrogate ARTICLE VI, Sections 2 and 3 of the Constitution of the United States in matters of freewill choice and conduct which renders the Supreme Law of the Land increasingly inoperative as the basic foundation of Liberty, i.e., Freedom, for the People of the American Federal Union. This multidimensional conspiracy to illegally overthrow the lawful Government of the People of the United States has been effected by the defendants and others who are unnamed and has destroyed all but the residual Rights of the People, including those which have to do with invoking the Constitutional Right and

Duty of the People of the United States to throw off such Government as becomes destructive of the reasons for which it was created. This is all provable beyond any shadow of doubt through identification of the long train of abuses and usurpations, pursuing invariably the same object, which evinces a design to reduce the People of the United States and the world under the Tyranny and Slavery of Absolute Despotism administered by social, economic and political slave masters of deceit, who are themselves bond servants of sin and rebellion, in violation of the Laws of the United States and the Universe, all contrary to the will of God, man's loving and merciful spirit Father.

2. Plaintiff alleges and avers that the Defendants charged herein have made certain freewill choices for actions that constitute violations of Section 1983 of the Civil Rights Act, as well as violations of Title 18 of the US Code, including Criminal and Impeachable offenses, inasmuch as their conduct under the color of law portrays treason, murder, bribery and other high crimes and misdemeanors that have increasingly divided, deceived, blinded, misled, and betrayed the People of the United States, all the while over-controlling them for selfish gain and for acquiring political and economic power over them and others for the purpose of depriving them of their natural liberties.

3. Plaintiff alleges and avers that the defendants complained against herein have consummated a sufficient number of choices that constitute abuses and usurpations as to render the Supreme Law of the Land inoperative in relation to its highest and original intent and purpose, with

the effect being nothing less than the actual overthrow of the government of the People of the United States. Enough trust has been betrayed by these and other unnamed Co-conspirators, and enough Oaths and Affirmations of trust and responsibility to support and defend the Constitution have been broken by enough people in the government over a long enough period of time, without rectification, amelioration or adjudication, as to progressively and increasingly render the Supreme Law of the Land inoperative, leading to the total abrogation of the Supremacy Clause of the U. S. Constitution, as revealed by the long train of abuses and usurpations thus brought into existence in consequence of the freewill choices of the defendants and their predecessors of deceit, which has increasingly led the People of the United States away from the Pathway of Infinite Perfection, on to the side trips and roadways leading to the death and destruction of Hell on earth, through the cumulative errors of sin, iniquity and rebellion against the laws of God and man, toward the Pits of national and global disaster.

4. Plaintiff alleges and avers that the People of the United States have been progressively and increasingly *brainwashed and hypnotized* through mass communications, *mind-control* and *social-engineering* by those complained against herein with the result that they have become spiritually blind to the realities of truth, love, and goodness, numb to the consciousness of God, and have thus rendered themselves relatively and criminally insane as a consequence of having been taught and led to misuse and abuse their own God-given power to choose in relation to thoughts, words, actions and reactions, the

consequences speaking for themselves. Plaintiff charges that defendants and others unnamed in this complaint are further out of touch with truth and reality than the millions they have blinded, that they have become increasingly, criminally, insane for having led the People into Treason against God and man and their respective governments. The fruits of their choices reveals selfish political sagacity that is destructive of all those enduring qualities that ensure national and global survival as they secretly and deceitfully derive unfair and unjust powers from the good will intent of the People. Trust is the crucial test of will creatures, even as trustworthiness is the true measure of self-mastery, character.

5. Plaintiff alleges and avers that the gradual destruction of the democracy of the constitutional republic of the American Federal Union has proceeded unabated since the Constitution was ratified 220 years ago, long before the presidential administrations of Harrison, Cleveland and McKinley, and those that followed, have pursued the increasingly negative-quality foreign policies of the U.S. Government, actualizing the long train of abuses and usurpations that now threatens all humankind in consequence of evolving from 13 to 50 states, including the overthrow of the Kingdom of Hawaii on January 17, 1893, leading on to the present overthrow of the Governments of Afghanistan, Iraq, *and the United States*, up to the present moment of the Barack Hussein Obama Administration. The defendants charged herein have, like their predecessors, directed a foreign policy that has been over-controlled by a vicious minority whose interests have been motivated by greed, power and unmitigated

selfishness. Such people have gained effective control over the American People and their social, economic, ecclesiastical and political institutions wherefrom they have led them to the brink of national and global disaster.

6. Plaintiff alleges and avers that the Defendants named herein have so conspired in the names of antiterrorism, anti-communism, anti-Nazism, anti-drugs, anti-terrorism, the defense of freedom, democracy, and God, as to have effectively augmented *the cause of global zionist-communist domination* while progressively destroying the security of the United States and the world at the individual and family levels; that they are part of an ongoing criminal enterprise, a conspiracy with the highest Zionist and communist leaders to normalize relations in such a manner as has already reduced the People of the World to global despotism; that they and their predecessors have already established a new Form of Soviet Government in the United States, functioning in the guise of such organizations as the republican and democrat political parties, the United Nations Organization, the National Security Council, the Council on Foreign Relations, the Trilateral Commission, the Scowcraft Commission, the Kissinger Commission, and other government related councils; that the word *soviet* actually means government by council or commission according to J. Edgar Hoover in his book *Masters of Deceit*; that they have deceitfully divided nonpartisan Americans into republicans and democrats, terrorists and antiterrorists, communists and anticommunists, while using any and all of the People of the World against one another in violation of the Golden Rule of living and the will of God, thus gaining

unfair and unjust Power over all People in all nations; that they have used a negative quality form of partisan politics to gain political power and control over the People and the Government of the United States, thus dividing the American Nation against itself and the People while disintegrating, rather than unifying, the national security and power of the people, thus gaining increasing control over the American political, economic, industrial and military systems; that they have used fear as a major weapon in their war to gain power over the minds of others, knowing that unreasoned fear is a master intellectual fraud practiced upon the evolving human soul; that they have used nuclear blackmail against the People of the United States and the World, forcing them and bribing them into choosing to give increasingly of their lives and taxes while driving them deeper into moral and economic debt in harmony with the ill will of their predecessors and other *Grand Masters of Deceit*; that they have created a global system of economic and political interrelatedness that is designed to lead to a global economic collapse preliminary to the establishment of a new form of negative quality global government, a *New World Order* to administer their *New Deal of Global Tyranny* of moral   (spiritual), economic, political and military slavery.

7. Plaintiff alleges and avers that the defendants named herein have committed Treason by waging war against the People and the Government of the United States, using psychological, moral, economic, chemical and military techniques designed to subvert and pervert the minds and lives of the People and their governments, leading to the

overthrow of the Constitutional Republic of the American Federal Union through extortion, bribery, blackmail and fraud, through compensation to Members of Congress, officers and others in matters affecting the quality of government, by conspiring to break the law and commit unlawful offenses or to defraud the United States, by innumerable violations of *The Law of Nations*, by interference in the internal affairs of other nations, by individual and mass murder bordering on genocide, through Piracy and other violations of international law, by rebellion and insurrection while engaging in seditious conspiracies which advocate murder and the overthrow of governments, by waging undeclared, illegal and unconstitutional military wars of aggression against the People of Hawai'i, Korea, Viet Nam, Laos, Cambodia, Grenada and Nicaragua; by waging covert and secret wars against many People and their governments, including, but not limited to, Chile, Portugal, Angola, Greece, Dominican Republic, Cuba, Guatemala, Iran, the Falkland Islands, (Argentina) Lebanon, Palestine, Israel, Afghanistan, and the United States; that they have so misused and abused the Rights and Powers of the Executive, Legislative and Judicial branches of Government as to enslave the People to negative-quality rules of conduct and regulations of volitional behavior, thus subjecting the People to the whims and aims of a dictatorial slave state, *a parasitic and debilitating form of legislative, economic and personal slavery* that preys on the Rights of Citizens while operating the American Prison System as an ongoing racket of criminal enterprise for the benefit of a few and at the expense of the many; that they have contributed to man's moral and spiritual demise by

leading them to do to other people and their governments and lands what they would never want done to themselves, their families, their government or their lands in violation of the Golden Rule, the divine law of the Universe, contrary to the will of God.

8. Plaintiff alleges and avers that all human beings are the mortal sons and daughters of God, and that through faith they can actually realize, and daily experience, this ennobling truth; that the indwelling spirit is the father of man's soul; that the Divine Spirit which indwells the minds of men is the eternal foundation of the spiritual brotherhood of all people; that the will of God is the law of God and the Universe; that every human being is endowed by God with an absolutely unique personality and the power of freewill choice as a fact and truth of self-conscious, personal, reality; that God loves each of his children, including the Defendants and their unnamed co-conspirators, with an infinite love and as only begotten sons; that the Defendants charged herein have rebelled against the will of God and have led the People of the United States to do likewise, committing acts and crimes of aggression which reveal the attitudes of those who are consciously resisting cosmic reality and have thus intentionally violated the Divine Law in actions that constitute deliberate disloyalty to Deity, in persistent defiance of recognized reality, while pursuing sin and error at the expense of truth and goodness; that within every sin is concealed the seed of its own destruction, even as the wages of sin is death. Plaintiff alleges and avers that the love of God will save the sinner while the law of God will destroy the sin; that you shall know the

truth and the truth shall make you free.

## JURISDICTION AND VENUE

9. Under emergency provisions of Amendments Nine and Ten of the Constitution of the United States, the jurisdiction of the Federal District Court for the District of Hawai'i is invoked pursuant to the provisions of 42 U.S.C., Section 1983; Articles III and IV of the Constitution of the United States; emergency Rights and Powers of the People (qualified and unqualified) secured by Amendments Nine and Ten of the U.S. Constitution.

10. This action is brought as a function of Providential Intervention in the affairs of all humankind. Adjudication is the highest function of any government, and this adjudication of a long train of abuses and usurpations is the occasion of Divine revelations in a case such as this. This Complaint charges the Defendants with having participated in an ongoing criminal conspiracy to overthrow the Government of the People of the United States throughout a continuum of abuses and usurpations designed to reduce, increasingly, the People under absolute despotism contrary to the purpose of Government set forth in the Declaration of Independence and the Preamble to the U.S. Constitution, and then use the people of the de facto U. S. Government to effect the forced takeover of all the nations, their peoples and their natural resources. And while all of the facts and allegations set forth herein are true, it must be shown to all concerned that this Conspiracy is part of an even longer train of abuses and usurpations that have occurred on earth. This

planet has suffered the ravages of the consequences of having had its Planetary Prince enlist in the Lucifer Rebellion some 200,000 years ago; having had its Adam and Eve default on their Mission about 35,000 years ago; gained the benefits of having had Machiventa Melchizedek bestow himself upon the human race as an Emergency Son about 4,000 years ago; and has reaped the great benefits of having had a Paradise Bestowal Son, the Sovereign Creator of our universe, incarnate as Jesus of Nazareth on August 21, 7 B.C., while also suffering the consequences of his having been rejected and illegally crucified. Jesus brought an end to the Lucifer Rebellion as the Son of Man and the Son of God and on the spiritual level. The consequences of the Lucifer Rebellion on the human level have not been considered for adjudication until this occasion. This Complaint has nothing to do with blame or punishment; it has to do with moral education, spiritual rehabilitation and understanding that the merciful love and truth of God has the power and the grace to destroy the sin while transforming the penitent sinner.

## PARTIES

11. Plaintiff James David Kimmel was a citizen of the United States, is now a citizen-national of the Reinstated, Lawful Hawaiian Government—the Kingdom of Hawai'i, the World and the Universe, currently residing at 7 Piliwale Road, Kula, Hi. 96790, and is commissioned to function as a representative of the Prince of Peace once known on earth as Jesus of Nazareth, an Ambassador of the Kingdom of Heaven, and an Agent of Divine Providence. God loves each person as a child, and that

love overshadows each person throughout all time and eternity. Providence functions with regard to the total and deals with the function of any person as such function is related to the total. Providential intervention with regard to any person is indicative of the importance of the function of that person as concerns the evolutionary growth of some total. Such a total may be the total race, the total nation, the total planet, or even a higher total. It is the importance of the function of the person that occasions providential intervention, not the importance of the creature as a person. It is also true that the Father as a person may at any time interpose a fatherly hand in the stream of cosmic events, all in accordance with the will of God and in consonance with the wisdom of God and as motivated by the love of God.

12.  Barack Hussein Obama is currently President of the de facto United States Government residing at The White House, 1600 Pennsylvania Avenue, Washington, D. C., and he is charged with conspiracy to continue the on-going criminal and treasonous enterprise within the U. S. Government in order to effect final overthrow and destruction of the Government of the  People of the United States. This President was, like nearly every President since the World Zionist Organization was created in 1897, hand-picked to be the *designated winner*, even as John McCain was hand-picked by the same people to be the *designated loser* in the most recent presidential election. He is the one chosen by the Zionists to finish the job of destroying what little is left of the de jure Government of the people of the United States and reducing their nation to moral and economic bankruptcy

leading to a violent revolution within the United States and around the world. Mr. Obama has chosen to continue in the footsteps of his predecessors to foster and further the economic and moral collapse of the United States and the world, as a means of forcing the people of the world to accept the assertion of the New World Order of the Zionist slave masters in charge of American affairs. He became another American President who is guilty of murder by proxy shortly after his inauguration and his sworn Oath to uphold and defend the Constitution of the United States. He is an excellent liar and abrogated Article Six, Sections 2 and 3 right out of the box, quicker than any past-President, becoming a killer of men, women and children of his own children's ages near their homes in Pakistan with the help of an illegal drone attack. President Obama is like a dog on a Zionist leash who, like his Zionist co-conspirators against the will of God and the Golden Rule of Living, is another victim of the trouble-making chosen people syndrome who mistakenly believe they are God's chosen ones to control earthly affairs. After all, it is what one believes rather than what one knows that determines conduct and dominates personal performances. And because God has endowed man with free will and the power to choose, one can believe in anything, including Santa Claus and the tooth fairy, but it doesn't make what you believe a fact of truth. Brother Obama is, like his predecessors, criminally insane, and the people are faced with the fact that when someone is crazy—insane—they don't know it. And then what do you do when a nation or a planet is seriously out of touch with reality and the leaders in charge of all the weapons of mass destruction and the many means of delivering them are criminally

insane while believing the sin and evil they do is normal because they are under the hypnotic belief that they are the good guys and their designated enemy is the bad guys, and the good guys can do no wrong no matter how heinous the crime? He continues the global deception about the twin towers and the cover-up of the truth that 911 was an inside job, designed to provide the effect needed to give cause to start World War III in the guise of a so-called war on terror. Those who have set-up and fought the wars for the last hundred years and more give no thought to the number of people that die in consequence of their extreme selfishness and intolerance. He presently is courting revolution in Hawai'i by moving forward with the *Seditious Conspiracy* of the Akaka Bill and backing the zionist designated Congressman Neil Abercrombie as the next illegal Governor of the illegal de facto State of Hawai'i. They are all victims of their own God-given free will and it is only their own free will that can save them and return them to sanity and normalcy, but that, too, is a matter of free will choice to accept the forgiveness of God and forgive yourself and your neighbors as yourself and make things right, or not.

13. Defendant George Walker Bush is an ex-President of the United States Government whose office is located at P.O. Box 259000, Dallas, TX 75225-9000, and he is hereby charged with conspiring to completely consummate the final overthrow and demise of the Government of the People of the United States through wholesale abrogations of Article VI of the U. S. Constitution which constitutes conduct that violates *The Law of Nations* referred to in

Article One, Section 8, No. 10 of the U. S. Constitution, while engaging in an ongoing Criminal Enterprise of the criminally insane through treason, murder, mass murder, and genocide, torture, crimes against humanity; for the illegal invasion and occupation and waging of illegal and unjust wars in Afghanistan, Iraq and the world in the guise of a global war on terrorism, in the name of antiterrorism and national security; through enslaving political legislation such as the Drug Laws, the Patriot Act and lack of Congressional Authority; violations of the Geneva Convention and Accords; by asserting his will over the Rule of Law and the will of God; by establishing an international policy of pre-emptive national-defense which is in direct opposition to the Golden Rule, doing to others and their nations what he would never want done to himself nor his nation, which is not only insane, it could lead to the destruction of the human race, which is reason for Providential Intervention at  this time to preclude ultimate global disaster through the overuse and abuse of weapons of mass destruction; for seditiously conspiring to lead the leaders and their people into an illegal rebellion against the Rule of Law and the will of God.  He used the 911 incident as an excuse and pretext for declaring and waging World War III as a war against terrorism; he says he feels real bad over the loss of some 3000 lives in the twin towers and then goes on to terrorize and kill far more than 3000 brothers and sisters in Afghanistan, Iraq, the Middle East and elsewhere in the world. The punishment for 911 has greatly exceeded the crime and the Pope has identified President Bush as the Antichrist.  He and all Members of Congress who have supported the President and the wars in Afghanistan, Iraq and the global war

against terrorism should be impeached and charged for their criminally insane attitudes and conduct, and the Lawful Government of the People of the United States should be reinstated.

14. Defendant William Jefferson Clinton is an ex-President of the United States located at 55 West 125th Street, New York City, NY 10027, and he is hereby charged with conspiring to maintain the overthrow of the Government of the People of the United States; for Treason disguised as a War Against Drugs, conspiring to import and distribute marijuana, heroin and cocaine in the United States, for murder in relation to the lives lost in consequence of choices he made to interfere in the internal affairs of many nations relative to the international war against drugs; for murder in relation to the lives lost in other nations in consequence of choices he made to launch cruise missiles in Sudan, Afghanistan and Pakistan in September, 1998, and Operation *Desert Fox* in December 1998 and for Impeachable Offenses brought against him by the Special Prosecutor of the United States Department of Justice.

15. Defendant George Herbert Walker Bush is an ex-President of the United States who is located at The Office of George H. W. Bush, P. O. Box 79798, Houston, TX 77279-9798 and he is hereby charged with conspiring to commit murder and mass murder as well as with actually *committing* murder and mass murder during Operations *Just Cause* in Panama and *Desert Storm* in Iraq; for conspiring to wage secret wars, destabilize and overthrow governments under the guise of national security and

nation building; for conspiring with various world leaders to setup and use Saddam Hussein and his invasion of Kuwait as a means of creating a *New World Order* of absolute despotism by gaining ultimate power and control over the People of the United States and the World under the supernational sovereignty and political instrumentality of the United Nations Organization. It is the crowning glory and proof positive of the final ends to which a long train of abuses and usurpations has come: absolute despotism. It is the means by which a few nations have become supernational superpowers, while all others are maintained in a perpetual status of political inequality, inasmuch as five nations functioning as one, have divided the world's political sovereignty unjustly and hold it unfairly.

16. Defendant Ronald Wilson Reagan (now deceased) was an ex-President of the United States and he is hereby posthumously charged with conspiracy to commit mass murder and aggression, wage global genocide in relation to his choice to order the preparation of a Pentagon Plan to wage and win an all-out nuclear war at the expense of an acceptable loss of 20 million American lives and hundreds of millions of people elsewhere; for conspiring to overthrow and maintain the overthrow of the Government of the People of the United States by making choices that constitute abuses and usurpations of Rights and Powers under the U. S. Constitution and Laws of the Universe, abrogating Sections 2 and 3 of Article VI of the U.S. Constitution, causing an enormous loss of life and rights supposedly secured by the Supreme Law of the Land; for taking sides with Great Britain against Argentina during

the Falkland Islands War, thus aiding and abetting the cause of war and the deaths of fellow human beings who are likewise sons and daughters of God; for negligent homicide and the murder of men, women and children in Lebanon in consequence of choosing to send a military force to the Middle East to take sides against the People thereof, while bombing and shelling the area with U.S. warplanes and 2000-pound shells from the battleship New Jersey as their Israeli allies killed and massacred the various peoples in Lebanon; for waging an illegal and undeclared war against the People of the United States and Grenada in October 1983, resulting in the deaths of various children of God from the United States, Grenada and Cuba; for conspiracy to overthrow the government of Nicaragua by illegal covert and overt actions conducted and over controlled by the CIA and special military forces, including the mining of Nicaraguan harbors in violation of international law; for illegal interference in the internal affairs of numerous sovereign nation-states, including Nicaragua, El Salvador, Costa Rica, Honduras, Mexico, Argentina, Brazil and elsewhere; for committing Treason by inciting and leading the People of the United States to wage and sponsor war against themselves, their Government and their own People in the name of anti-communism, anti-drugs, anti-life, anti-terrorism and the guise of national security as part of an ongoing criminal enterprise aimed at reducing the People of the United States under the tyranny of absolute despotism, with or without their knowledge or consent; for committing crimes against humanity under the color of law while saying that which is good, but doing it not; for the spiritual crimes of sin, iniquity and rebellion against the will of God contrary