to the Divine Law of the Universe, while pretending to be a true and righteous leader; for terroristic threatening, using nuclear blackmail, and otherwise misleading and deceiving the masses, reducing them increasingly under economic, moral, mental and political oppression while espousing the negative-quality ethic that might makes right.

17. Defendant James Earl Carter is an ex-President of the United States located at The Carter Center, 453 Freedom Parkway, One Copenhill, Atlanta, GA 30307 and he is charged herein with conspiracy against the Rights of the People of the United States for his role in an ongoing criminal enterprise aimed at destroying the national security of the United States by committing abuses of power and usurpations of Rights that abrogate Article VI, Sections 2 and 3 of the U.S. Constitution; for conspiracy to commit offenses or defraud the United States in relation to creating the American-Iranian crisis, all the while interfering in the internal affairs of Iran and the United States, contrary to their best mutual interests; for murder and negligent homicide and conspiracy to murder during the overthrow of the government of Iran, the removal of the Shah from power in Iran, and the subsequent hostage-taking episode at the American Embassy in Teheran, Iran; and for other high crimes and misdemeanors associated with an ongoing criminal conspiracy and enterprise to overthrow and maintain the overthrow of the U.S. Government through force and deceit.

18. Defendant Gerald Rudolph Ford is an ex-President of the United States, now deceased, and he is charged

herein with actions as an individual, a Congressman and as the President that constitute part of an ongoing criminal enterprise against the Rights of People while conspiring to commit offenses and defraud the United States in order to effect and maintain the overthrow of the U.S. Government; for conspiracy to commit murder and for misleading the People of the United States into illegal wars in Korea and Southeast Asia; for murder and mass murder committed as part of an ongoing assault against the Supreme Law of the Land during these wars; for usurping the Powers of the President and the Congress by declaring the seizure of the merchant ship Mayaguez an Act of Piracy, and committing U.S. citizens to function as Pirates in relation thereto, resulting in their deaths in acts of murder and negligent homicide; for usurping Constitutional Rights and Powers in relation to the resignation and illegal Pardon of Richard M. Nixon as part of the conspiracy to overthrow the United States by waging a multidimensional war against the Government and the People of the United States through seditious conspiracy, rebellion, insurrection and treasonous actions that abrogate Article VI, Sections 2 and 3 of the U. S. Constitution..

19. Defendant Richard Milhaus Nixon, now deceased, was an ex-President and ex-Senator of the United States who was also an unindited coconspirator in the Watergate scenario and he is hereby posthumously charged with treason and mass murder for his role in the conspiracy to overthrow the Government of the People of the United States with the defendants named herein and others left unnamed; defendant repeatedly lied and allowed himself to be used by the principal architects of the Watergate

conspiracy to consummate the Coup d' Gras of the Government of the People of the United States and the final overthrow of the Supreme Law of the Land by massive abuses and usurpations that rendered the Constitution inoperative through abrogations of Article VI, Sections 2 and 3; for gross betrayals of the superpersonal trust and responsibility as President, for conspiring with defendants and others to overthrow the governments of many nations in the guise of foreign policy and the name of national security, as Grand Masters of Deceit disguised in the garments of anticommunists; for advocating the overthrow of Government while leading the People of the United States into rebellion and insurrection and waging an undeclared, illegal and murderous war in Korea, all the while conspiring with others to assassinate Premier Mossadegh and overthrow the Government of Iran, then Jacobo Arbenz and the Government of Guatemala, and on to Viet Nam, Laos, Cambodia, Grenada, Panama, Afghanistan and Iraq; for terroristic threatening, nuclear blackmail, chemical and biological warfare and seditious conspiracy to commit offenses and defraud the United States under the color of law, national security and the name of God, all for the supposed defense of freedom and democracy; for murder and mass murder, genocide, conspiracy to murder and effect mass negligent homicide; for the spiritual crimes of sin, iniquity and rebellion against the will of God and for otherwise committing gross crimes against humanity and otherwise conspiring to misuse and abuse his God-given Rights and Powers against himself, God and all humankind in actions which reflects the will, the purpose and the mentality of the criminally insane.

## INTRODUCTION AND FACTUAL ALLEGATIONS

20. Plaintiff James D. Kimmel is a citizen-national of the lawful, Reinstated Kingdom of Hawaii and an ex-citizen of the United States, born to mortal parents in Canton, Ohio on March 2, 1935; he is a citizen of the world and the Universe and is a self-conscious son of God in the global and universal family of God—the spiritual brotherhood of all of the freewill children of the God of love and free will. Under the laws and governments of God and man, he is endowed with certain divine and human rights and powers that are inalienables to all as gifts from their Creators, including one quantum unit of political sovereignty and spiritual free will. Plaintiff was born into the stream of the American social, moral, economic, political, ecclesiastical and ecological **SYSTEM**. Plaintiff was ten years old when the nuclear bombings of Japan announced the tragic birth of the Atomic Age. By 1950, Plaintiff alleges that he was already unconsciously, but thoroughly brainwashed, along with his family and other fellow Americans, into becoming an anticommunist in favor of hating and killing communists, while favoring an undeclared war against them in Korea. By 1960, Plaintiff had received Bachelor and Master of Science degrees from The Ohio State University, having entered the frontiers of plant ecology and nuclear weapons testing in the Marshall Islands and Nevada. By 1967, Plaintiff alleges that he had been investigated by the FBI and granted *Limited, Q, Top Secret and other Special Security Clearances* while functioning as an environmental scientist on various secret frontiers of government activity, and that, as a consequence of knowledge gained from direct observation and personal

experience, he had become disillusioned with service in the U.S. Government. After becoming a teacher in a California High School, Plaintiff alleges he became further disillusioned with the educational and political systems of America for basic personal research conducted in relation to marijuana, people and the Judicial System. By 1969, Plaintiff had acquired sufficient insight, knowledge, understanding, wisdom and truth to conclude Dr. Albert Einstein's unfinished theory of the unified field with the equation $1 = \infty$ *(infinity)*, recognizing the absolute level of reality, experiencing proof of the existence of God and the personal realization of spiritual unity with all humankind, desiring above all else to be perfect and to know and do the will of God in loving service to humanity. Plaintiff's recognition of God as a living reality of personal spiritual experience was fundamental to his change of philosophy from scientific atheism to personal theism based on a self-conscious partnership with God. Plaintiff was led into new fields of basic spiritual research fundamental to effecting the survival of the group of all humankind as a function of Divine Providence in relation to the will of God and the outworking of the filing of this Complaint.

21. Plaintiff's life and rights have been increasingly affected and usurped in consequence of the outworking of a long train of abusive freewill choices that have betrayed the trust of the People and their Government, while destroying the security of the People and their nation in a long-term conspiracy against the Rights of citizens, which has culminated in treason and rebellion, against man and God and their foundations of Law and Order, becoming part of the status quo. Plaintiff alleges that the unjust

Power of the Government of the United States has been gained by the misuse and abuse of freewill choice, at the expense of the People and the cost of many lives, by individuals in positions of trust and responsibility in the Executive, Legislative and Judicial branches of State and Federal Governments. The amassing of unfair and unjust power by the Government has been effected through negative-quality legislation, treachery and deceit, secretly or otherwise without the general knowledge or understanding of the People, by making freewill choices which unfairly and illegally betray their trust through abrogations of the Supreme Law of the Land. With the overthrow of the Kingdom of Hawaii on January 17, 1893, the *quality* of Government in the United States has increasingly deteriorated due to an increase in negative quality purposes and changes in domestic and foreign policy that reflect the desires and choices of John D. Rockefeller, J. P. Morgan and others who were all conspiring to gain power and control over the People, Government and institutions of the United States before the turn of the last century, while increasingly gaining power over other people and their nation-states enroute to the final goal of reducing the People and Nations of the World to the status of slaves to the will and mandates of those who would have all humankind live under the reign of a negative-quality form of world government of the few, by the few and for the few who have brought the human race to the very brink of group destruction, including the Defendants named herein and others who are unnamed. The outworking of a plan to overthrow the constitutional republic and democracy of the American Federal Union through a long train of abuses and usurpations has fully

activated the potentials of the Ninth and Tenth Amendments in relation to the Constitutional Right and Duty of the People to invoke the first of all the defined Rights of the American People as enumerated in the Declaration of Independence, i.e., *whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government.* It is the lawful Right of the People to throw off such Government as now exists within the United States in order to reinstate a new Government that is good enough for every man, woman and child in America and which more perfectly secures the Rights of the People of the United States in harmony with the Divine Law of the Universe and the unlimited sovereignty of the infinite will of the beneficent God of love and truth. Plaintiff alleges that the effects of a long train of abuses and usurpations are cumulative and systemic, like exposure to radioactive fallout, and that, like an overdose of radioactivity, it can be fatal to the Rights and Lives of the People and the collective security of the nation. The overthrow of the Kingdom of Hawaii in 1893 is one of many in a series of similar events which has led the People of America onto the pathways of sin and iniquity, leading toward the destruction of democracy in America, the overthrow of the Government of the People of the United States, and the creation of a new Form of negative-quality World Government out of the totalitarian forms of other dictatorial-type sovereignties that presently control the majority of the People of the World and their nation-states by unfair and unjust means.

22. Plaintiff alleges that the misuse of free will and abuse

of power that constitutes abuses and usurpations of the Supreme Law of the Land by the Government and the People is objectively disclosed by facts and truths which reveal that the People of the United States were not only wrongfully and deceitfully misled into fighting and supporting the wars in Afghanistan, Iraq, Panama, Grenada, the Middle East, Africa, Southeast Asia and Korea, but World Wars I and II as well, contrary to the knowledge and the best interests of the People of the United States, their Government and the People and Governments of many other nation-states. Those negative quality choices that constitute examples of such misuse and abuse of power as have abrogated Article VI, Sections 2 and 3 of the U.S. Constitution began shortly after the ratification of the Constitution of the United States in 1789. After the unification of the Colonies and their reorganization as States under the sovereignty of the American Federal Union, natural evolutionary developments grew out of the consequences of the mixture of all of the positive and negative quality choices of the citizenry. By the times of the War of 1812 and the Mexican War of 1846-48, American nationalism and imperialism was on a tyrannical roll. The Indian Wars resulted from the consequences of the transplantation of the relatively advanced civilization and culture of the white race onto the territory of the tribal governments of the red race because the red man was not willing to be subject to the will and the ways of the white man and was unwilling to submit himself to slavery as was the black man. The Civil War of 1861-65 is another example of the terrible effects of rebellion and the extremes to which people will go to defend their mistakes and their errors of self-

assertion over others. The Queen of Hawaii, *Liliuokalani,* declared that the overthrow of her Government in 1893 signaled an ominous change in the foreign relations of the United States. American imperialism had continued its westward march beyond the continental limits of the West Coast, from Hawaii to the Philippines and the fruits of the Spanish-American War, the Boxer Rebellion, the assumption of control over American Samoa and the Declaration to enter World War I *in order to make the world safe for Democracy!* The Volstead Act of 1919, the National Recovery Act of 1935, the Agricultural Adjustment Act of 1936 and the Marijuana Tax Stamp Act of 1937 are all examples of Laws that were actually unfair and illegal before they were enacted. Eventually they were all declared unconstitutional, years after all the damage was done, and never rectified. World War II was set up in such a way as to effectively extend imperialistic American Nationalism over Germany, Japan, Russia and other governments and their People, much as it now does through the United Nations Organization. With the acquisition of nuclear and thermonuclear weapons of mass destruction, the accelerated drive for ultimate Power over all led to all of the illegal acts, undeclared wars and CIA-sponsored covert actions designed to overthrow other governments, such as Korea, Iran, Guatemala, Viet Nam, Laos, Cambodia, Lebanon, Grenada, Nicaragua, El Salvador, Honduras, Panama, Afghanistan and Iraq.

23. Plaintiff alleges that there is no error greater than that species of self-deception that leads intelligent men to crave the exercise of power over other beings to deprive them of their natural liberties. The free will of man—his

power and ability to choose good or evil, the relatively perfect in contrast to the relatively imperfect—is an endowment of the Supreme Rulers of the Universe, and the long-term effects of consciously misusing and abusing this basic power is the distortion and disintegration of the personality, mental disequilibrium, the destruction of the soul, vanishing personality control and progressive cosmic insanity resulting in eternal self-destruction. The free will of man is supreme in moral affairs; each person is responsible for the conscious use or abuse of their God-given powers and cannot escape the consequences of its use. You get just what you choose. Therefore, you will see and feel what you think. The Defendants and others unnamed in this Complaint have thus become increasingly insane from their own free will choices that constitute premeditated betrayals of trust and disloyalty to self, God, the People and their Government; they have misled the People of America into sin, iniquity, war and rebellion against God and their own Government through treachery and deceit to an extent that has nearly destroyed all of the Rights of the People, the Supreme Law of the Land and the Security of this and many nations. Sin, the attitude of a personality who is knowingly resisting cosmic reality, a conscious choice to oppose spiritual progress, is potential in all realms where imperfect beings are endowed with the ability to choose between good and evil as they are determined by the true values of the spiritual standards established by the Divine Spirit which the Source of all has sent to dwell within the mind of man. The deliberate choice of evil constitutes sin; the willful rejection of truth is error; the persistent pursuit of sin and error is iniquity, and the Defendants have served as the Leaders of all those they

misled into sin and rebellion, doing to others and their Governments what they would never want done to themselves, their families or their Government. Might does not make right, *obviously*, but it has made what is. Many people are dead, maimed, insane and otherwise disenfranchised in consequence of the negative-quality conspiracy of ill will against the Rights of the citizens that has been fostered and furthered by the Defendants named herein throughout the Cold War and beyond.

24. Plaintiff alleges that, as an inevitable consequence of the misuse and abuse of moral, civil and natural law by Defendants and others of ill will, he has been traitorously stripped of his God-given, Constitutionally-secured Rights and Powers by the treasonous betrayals of trust and responsibility inherent in Defendants actions. These actions have destroyed all but this first and final Right and Duty of the People to throw off, alter or abolish any Form of Government that becomes destructive of the Rights of the People and the purpose of the government itself through a long train of abuses and usurpations that prove a design to reduce the People under absolute despotism. Plaintiff alleges that he has been robbed of his Constitutionally secured Rights and Powers of self and Government to such an extent as to incur supreme damages of a special, general and punitive nature. As will be shown at the time of trial, Plaintiff, God, the Prince of Peace and their family have suffered damages due to the actions of Defendants in an amount that is priceless since the value of each and every one of the free will sons of the God of love and free will is actually infinite, far exceeding $1 million and all of the gas, oil, gold, jewels and treasure on earth, excluding

special, general and punitive damages that have arisen out of such a deceitful conspiracy of ill will and bad faith. Plaintiff alleges and avers that the Creator and Supreme Judge of the World, referred to by the authors of the Declaration of Independence, is the same Person referred to by Queen Liliuokalani in her Official Protest to the U. S. Government as *the Almighty Ruler of the Universe*, the same Person the Plaintiff represents today as the Prince of Peace, also known to this world as Jesus of Nazareth; that the protection of Divine Providence sought by the co-creators of the Declaration of Independence is a function of the Trinity Government of All Creation; that he is Commissioned by the Prince of Peace to function as an Ambassador of the Divine Government in relation to the outworking of Providential Intervention in human affairs; that Providence functions with regard to the total and deals with the function of any person as such function is related to the total; that providential intervention with regard to any being is indicative of the importance of the function of the creature that occasions providential intervention, not the *importance* of the creature as a person, as concerns the evolutionary growth of all humankind; that providence is always consistent with the unchanging and perfect nature of the Supreme Lawmaker; that the judgment of God is a unified revelation of the divine love of God, disclosing the qualities and realities of truth, mercy, goodness, forgiveness, fairness, and justice—the collective thought of righteousness.

## COUNT I

## VIOLATION OF FIRST, FOURTH, FIFTH, SIXTH,

## EIGHTH, NINTH, TENTH, THIRTEENTH AND FOURTEENTH AMENDMENTS TO THE U. S. CONSTITUTION

25. Sections 1 through 24 are realleged and made a part of Count I as fully as if stated herein.

26. The actions and reactions that evolved out of the free will choices of the Defendants culminated in numerous negative-quality consequences that constitute abridgements of Plaintiffs Rights of Life, Liberty and the pursuit of Happiness secured by Amendments One, Four, Five, Six, Eight, Nine, Ten, Thirteen and Fourteen to the Constitution of the United States, directly or indirectly, in relation to the usurpations and abuses of Article One, Section Two, paragraph 5; Article Two, Section One, paragraphs 6 and 8; Article Two, Section Two, paragraph 1; Article Two, Section Four; Article III, Section Two, paragraphs 1 and 3; Article III, Section Three; Article IV, Section Four and Article VI, Sections 2 and 3 of the Constitution of the United States.

## COUNT II
## VIOLATION OF 42 USC SECTION 1983

27. Sections 1 through 26 of this Complaint are realleged and made a part of Count II as fully as if stated herein.

28. It is unlawful to be unfair or to break the law or to conspire to break any fair, just or positive-quality law since it is fundamental that the effects of so doing include negative-quality consequences on society. It is neither

moral nor fair to lie, cheat, deceive or break the just laws of man or God because it is always unfair to yourself and at the expense of the rights of others as well. In so far as the Defendants have freely chosen to break the laws of God and man and have conspired to commit offenses or defraud the People and Government of the United States while betraying and covering-up the truth, Plaintiff and the Prince of Peace have been unfairly affected as a natural consequence, and what is true of the part is also true of the whole. The choices and actions of defendants violate the great Law of Human Fairness revealed by Jesus as the Golden Rule of Living, the will of God and 42 USC Section 1983, which created a federal cause of action against a person or persons whose misuse and abuse of free will and law constitutes misconduct under the color of law that violates the constitutional rights of another.

## COUNT III

## VIOLATION OF 18 USC SECTIONS 241, 371, 956, 1001, 1111, 1117, 1581, 1651, 1652, 2381, 2382, 2383, 2384 AND 2385

29. Sections 1 through 28 of this Complaint are realleged and made a part of Count III as fully as if stated herein.

30. Plaintiff, witnesses and evidence will disclose that the actions and reactions of the Defendants have been based on free will choices for negative-quality thoughts that have led them to do that which is immoral and illegal and which constitutes behavior reflective of a specific pattern designed to reduce the People of the United States

and the World under absolute despotism; that they are actors, pretending to be for real, in a multidimensional conspiracy of ill will, Grand Masters of Deceit who have betrayed their trust to God, man and Government while portraying those qualities in their lives which are characteristic of behavior defined by the following Sections of Title 18 of the United States Code:

242: Conspiracy against the Rights of Citizens;

371: Conspiracy to commit offense or defraud the United States;

956: Conspiracy to injure property of foreign government;

1001: Statements or entries generally;

1111: Murder;

1117: Conspiracy to murder;

1581: Peonage: obstructing enforcement;

1651: Piracy under law of nations;

1652: Citizens as pirates;

2381: Treason;

2382: Misprision of treason;

2383: Rebellion or insurrection;

2384: Seditious conspiracy, and;

2385: Advocation of the overthrow of government.

## DEMAND FOR A JURY TRIAL

31. Pursuant to Rule 38, FRCivP, Plaintiff demands a jury trial on all the actions at issue herein. Wherefore, Plaintiff prays that upon the filing of this Complaint and after the careful examination thereof by this Court, that this Court will order Defendants herein to appear at a time and place fixed by the Court to show cause, if there is any, why the Defendants should not be indicted by an Emergency Grand Jury of the people, why they should not have to answer for treason, murder and other high crimes and misdemeanors which they have committed, and why a preliminary and permanent injunction should not enjoin the Defendants herein, their representatives, agents, servants, employees, attorneys, and all other persons from active participation with them, from permitting, approving, or planning any further negative-quality actions which interfere with the Civil and Divine Rights and Powers of the Plaintiff and the People of the United States and the World; that this Court will grant special, general, and punitive damages in the amount of Ten Billion dollars ($10 billion) for the Treasury of the Kingdom of Heaven, and any special damages involving attorneys fees in other cases, general damages that include defamation of character and loss of constitutional Rights and punitive damages that have arisen out of this Conspiracy; that this Court will acknowledge the unprecedented Invocation of

the first of all the defined Rights of the People secured by the Ninth and Tenth Amendments to the U. S. Constitution to alter or abolish the governments that presently exist in Hawaii in order to consummate the reinstatement of the lawful Kingdom of Hawai'i, independent of the sovereignty of the State of Hawai'i and the United States; that this Court should issue and Order that the Federal Reserve Act and the Federal Reserve System are grounded on illegal, unconstitutional consequences that need to be reorganized as the Central Bank of the Government of the United States for the equal benefit of the People of the United States, not the shareholders in the First Federal Reserve Bank of New York; that this Court will Order the Government of the United States to dissolve the political and economic bands connecting the State of Hawaii with the sovereignty of the American Federal Union in order to allow the present-day people of Hawaii to fully reinstate the lawful Hawaiian Government to its proper and independent status, to better enable the Kingdom of Hawai'i to host the people and nations of the world for a Global Constitutional Convention as a preliminary event essential to the implementation to serve the people and nations of the world as the Capitol of a new Form of representative, democratic World Government of the People, by the People and for the People and the Nations of the World, and; Plaintiff prays that this Court will grant him a jury trial on all of the actions and counts at issue herein in order to fulfill the functions of providential intervention while adjudicating the wrongs unfairly and unlawfully affecting James D. Kimmel, his family and the People of Hawai'i, the United States and the World, and that this Court will grant such

other relief, including costs, as this Court may deem just and proper.

DATED at Honolulu, Hawaii this 13th day of January, 2010, James D. Kimmel, Plaintiff, In Pro Per. Mahalo and aloha,

_James D. Kimmel_

7 Piliwale Road
Kula, HI 96790
phone: 808-878-3180
e-mail: peaceinc@maui.net